UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ELEANOR BALLESTER,<br><br>   Plaintiff,<br><br>v.<br><br>LEAH BOUCEK, et al,<br><br>   Defendants. | Case No.: 3:23-cv-01839-RBM-VET<br><br>**ORDER DENYING VEXATIOUS LITIGANT MOTION**<br><br>**[Doc. 32]** |

On May 8, 2024, pro se Defendant Samuel Martinette filed a Motion to Declare Plaintiff a Vexatious Litigant in this case. (Doc. 32.) He filed a very similar motion in a related case, *Ballester v. Finkbeiner*, Case No. 3:23-cv-1854-RBM-VET (hereinafter, "1854 Case"). (1854 Case-Doc. 37.) The Court denied the Motion in the 1854 Case in an Order issued on July 8, 2024. (1854 Case-Doc. 39 at 25–27.[1])

In denying Defendant's Motion to Declare Plaintiff a Vexatious Litigant in the 1854 Case, the Court considered the record in all of Plaintiff's five related cases through the date of that Order. (*Id.* at 26–27.) Given the Court's July 8, 2024 decision encompasses the

---

[1] The Court cites the CM/ECF electronic pagination unless otherwise noted.

time period and conduct preceding Defendant's May 8, 2024 Motion in this case, it is **DENIED** for the reasons stated in the Court's July 8, 2024 Order. (*Id.* at 25–27.)

       **IT IS SO ORDERED.**

Dated: July 12, 2024

HON. RUTH BERMUDEZ MONTENEGRO
UNITED STATES DISTRICT JUDGE